**FILED**

2010 MAR 19 AM 11: 20

CLERK
U S DISTRICT COURT

CASE NUMBER: 08-1572

CAPTION: ROBERT E. IVORY, JR. v. TAMMY CESARINO-MARTIN, SGT. SHAFFER and CORRECTIONS OFFICER RYAN

## ACCEPTANCE OR DECLINATION OF
## REQUEST TO REPRESENT INDIGENT LITIGANT

I agree to represent **Robert E. Ivory, Jr.** in the United States District Court for the Western District of Pennsylvania in the above case.

    **X**    I hereby waive the right to receive any fee for my services in the above case, understanding that I will thereby be covered by the malpractice insurance provided by the Allegheny County Bar Foundation. I will be able to request that I be reimbursed for my reasonable out of pocket expenses to the extent that I am not able to recover them by prevailing in the case.

I decline to represent _____ because:

    ____ I have a conflict of interest

    ____ I have investigated the case, and have determined that it lacks merit and have explained the reasons for my decision to the plaintiff. (If this reason is given, it will have no adverse impact on the litigant except that another attorney may not be requested to represent the litigant.)

    ____ Other reason _____

Signed: *Jason E. Hazlewood*

Dated: March 17, 2010

**IF ATTORNEY DECLINES TO REPRESENT THE PLAINTIFF, THIS IS TO BE FILED UNDER SEAL IN THE ABOVE CASE BY THE CLERK OF COURT.**