**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT E. IVORY, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 08-1572** |
| **v.** | ) | |
| | ) | |
| **TAMMY CESARINO-MARTIN; SGT.** | ) | **Magistrate Judge Lisa Pupo Lenihan** |
| **SHAFFER; and CORRECTIONS** | ) | |
| **OFFICER RYAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## VERDICT SLIP

AND NOW come the parties jointly, by and through their respective counsel, and respectfully submit the following proposed verdict slip:

**Question # 1**

Do you find that there was a substantial risk that plaintiff Robert Ivory would be attacked by inmate Russell Nance, while both were housed at SCI-Fayette?

YES ___✓___          NO _____

**IF YOU ANSWER QUESTION 1 "YES," PROCEED TO QUESTION 2.  IF YOU ANSWER QUESTION 1 "NO," SIGN YOUR NAME TO THE LAST PAGE OF THIS DOCUMENT AND NOTIFY THE COURT THAT YOU HAVE REACHED A VERDICT.**

**Question # 2**

(a)    Do you find that defendant Tammy Cesarino-Martin had personal knowledge of the substantial risk of harm to Plaintiff Ivory from inmate Nance?

YES ___✓___          NO _____

(b)     Do you find that defendant Curtis Shaffer had personal knowledge of the substantial risk of harm to Plaintiff Ivory from inmate Nance?

YES _____          NO \_\_✓\_\_\_\_

(c)     Do you find that defendant Francis Ryan had personal knowledge of the substantial risk of harm to Plaintiff Ivory from inmate Nance?

YES \_✓\_\_\_\_\_          NO _____

**IF YOU ANSWER ANY SUBPART OF QUESTION 2 "YES," PROCEED TO QUESTION 3, AND ANSWER ONLY AS TO THOSE DEFENDANTS FOR WHOM YOU ANSWERED "YES" IN QUESTION 2.  IF YOU ANSWER ALL SUBPARTS OF QUESTION 2 "NO," SIGN YOUR NAME TO THE LAST PAGE OF THIS DOCUMENT AND NOTIFY THE COURT THAT YOU HAVE REACHED A VERDICT.**

**Question # 3**

(a)     Do you find that defendant Tammy Cesarino-Martin showed deliberate indifference towards this risk by failing to take reasonable steps to abate it?

YES \_✓\_\_\_          NO _____

(b)     Do you find that defendant Curtis Shaffer showed deliberate indifference towards this risk by failing to take reasonable steps to abate it?

YES _____          NO _____

(c)    Do you find that defendant Francis Ryan showed deliberate indifference towards this risk by failing to take reasonable steps to abate it?

YES __✓____                    NO _____

**IF YOU ANSWER ANY SUBPART OF QUESTION 3 "YES," PROCEED TO QUESTION 4.  IF YOU ANSWER ALL SUBPARTS OF QUESTION 3 "NO," SIGN YOUR NAME TO THE LAST PAGE OF THIS DOCUMENT AND NOTIFY THE COURT THAT YOU HAVE REACHED A VERDICT.**

<u>**Question 4**</u>

Did the failure to protect that you have found in answering questions 1, 2, and 3 cause Plaintiff Robert Ivory to suffer harm?

YES __✓____                    NO _____

**IF YOU ANSWER QUESTION 4 "YES," PROCEED TO QUESTION 5.  IF YOU ANSWER QUESTION 4 "NO," SIGN YOUR NAME TO THE LAST PAGE OF THIS DOCUMENT AND NOTIFY THE COURT THAT YOU HAVE REACHED A VERDICT.**

<u>**Question # 5**</u>

**AS YOU HAVE BEEN INSTRUCTED, YOU MUST DETERMINE LIABILITY IN THIS CASE AS TO EACH INDIVIDUAL DEFENDANT.    IF YOU HAVE**

**ANSWERED "YES" TO ANY SUBPART OF QUESTIONS 2 AND 3 AS TO A PARTICULAR DEFENDANT, PROVIDE A DAMAGES AMOUNT FOR WHICH THAT DEFENDANT IS LIABLE IN THE SPACE PROVIDED BELOW.**

What is the total amount of damages to which Plaintiff Robert Ivory is entitled from defendant:

(a)    Tammy Cesarino-Martin

Nominal ($1.00):    $ -0-

Compensatory:    $ -0-

Punitive:    $ $50,000

(b)    Curtis Shaffer

Nominal ($1.00):    $ -0-

Compensatory:    $ -0-

Punitive:    $ -0-

(c)    Francis Ryan

Nominal ($1.00):    $ $100

Compensatory:    $ -0-

Punitive:    $ -0-

4

Date: _JANUARY 26, 2011_

_Vicki A. Johnson_

_Jean Colon_

_DeYonne Caley_

_Susan A. Hoffman_

_Patience M. Ward_

_Patricia D. Thompson_

_Judith A. Vidmar_

_Rosa Salvo_

JURY FOREPERSON