# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**CIVIL TRIAL MEMORANDUM**

**ROBERT E. IVORY, et al**

vs   No. **Civil Action No. 08 - 1572**   CIVIL

**TAMMY CESARINO-MARTIN, et al**

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | Regis Sloarczyk | 10 | |
| 2 | Patience Marol | 11 | |
| 3 | Susan Hoffman | 12 | |
| 4 | John Rakar | 13 | |
| 5 | Vicki Johnson | 14 | |
| 6 | Judith Sidora | 15 | |
| 7 | Patricia Thompson | 16 | |
| 8 | Deyonne Caley | 17 | |
| 9 | | 18 | |

### WITNESSES

| | PLAINTIFF | | DEFENDANT |
|---|---|---|---|
| 1. | Robert E. Ivory   1-24-2011, 1-25-2011 | 1. | Tammy Cesarino-Martin   1-25-2011 |
| 2. | Daryl Johnson   1-25-2011 | 2. | Francis J. Ryan   1-25-2011 |
| 3. | Russell Nance   1-25-2011 | 3. | Curtis Shaffer   1-25-2011 |
| 4. | | 4. | Brooke Gunsallus   1-25-2011 |
| 5. | | 5. | Patrick Braulich   1-25-2011 |
| 6. | | 6. | Gina Perry   1-25-2011 |
| 7. | | 7. | Clarence Blakey   1-25-2011 |
| 8. | | 8. | Noel Ranker   1-25-2011 |
| 9. | | 9. | Wayne Kennison   1-26-2011 |
| 10. | | 10. | Kevin Racko   1-26-2011 |
| | | 11. | Daniel Hooper   1-26-2011 |
| | | 12. | Eric Armel   1-26-2011 |
| | | 13. | Joseph Trempus   1-26-2011   (via stipulation) |
| | | 14. | Renee Mucci |

| | | |
|---|---|---|
| | 15. | Jacob Wright     1-26-2011     (via stipulation) |
| | 16. | Ida DiCio     1-26-2011     (via stipulation) |
| | 17. | Norma Robinson     1-26-2011     (via stipulation) |

WDPA CTM-2 (02/01)

## CLERK'S MEMORANDUM (Page 2)

| | | | | |
|---|---|---|---|---|
| Civil Number | Civil Action No. 08 - 1572 | Case closed | January 26, | 2011 |
| Before Judge | Lisa Pupo Lenihan | Judge Charges Jury | January 26, | 2011 |
| Appears for Pltf. | Jason Hazelwood | Jury Retires | January 26 | 2011 |
| | Marie Johnson-Rivera | Verdict | January 26, | 2011 |
| Appears for Deft. | Douglas Barbour | The jury finds for the | Plaintiff and against | |
| | | defendant Cesarino- | Martin; the | |
| Appears for 3rd pty. | | | | |
| Pltf. opens | January 24, 2011 | Bailiff in charge/Law Clerk | Michael Banas | |
| Pltf. rest | January 25, 2011 | Court Reporter | Virginia Pease | |
| Pltf. close | January 26, 2011 | Deputy Clerk | Michael Banas | |
| Deft. opens | January 24, 2011 | | | |
| Deft. rest | January 26, 2011 | | | |
| Deft. close | January 26, 2011 | | | |

### JURY

1. Regis Solarczyk
2. Patience Marol
3. Susan Hoffman
4. John Rakar
5. Vicki Johnson
6. Judith Sidora
7. Patricia Thompson
8. Deyonne Caley

### TRIAL MOTIONS

### TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| **Trial Opens** | January 24, | 2011 |
| **Continues** | January 25, | 2011 |
| **Continues** | January 26, | 2011 |
| **Continues** | | 2011 |
| **Continues** | | 2011 |
| **Continues** | | 2011 |
| **Continues** | | 2011 |
| **Continues** | | 2011 |
| **Continues** | | 2011 |
| **Continues** | | 2011 |
| **Continues** | | 2011 |
| **Trial closed** | January 26, | 2011 |
| **Verdict** | January 26, | 2011 |